AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Ronald David Barker<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:21 mj 28<br>)<br>)<br>) |

*[FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, FILED SEP 27 2021, ARTHUR JOHNSTON, BY ____ DEPUTY]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 24, 2021   in the county of   Forrest   in the   Southern   District of   MS, Eastern Division  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape by Prisoner in Custody of Federal Institution |

This criminal complaint is based on these facts:
See Affidavit, which is attached hereto and incorporated by reference herein.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Stephen Newell, Deputy U.S. Marshal, USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 27, 2021

_____
*Judge's signature*

City and state:   ~~Gulfport~~ Hattiesburg, Mississippi    Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Stephen Newell, Deputy United States Marshal of the Southern District of Mississippi being duly sworn do hereby declare and state the following:

## INTRODUCTION

I am a Deputy United States Marshal (DUSM). I have served in this capacity since February 2007. I am currently assigned to the Southern District of Mississippi, Hattiesburg office. While employed with the United States Marshal Service (USMS) I have conducted criminal investigations involving violations of Title 18, United States Code, Section 751 for Escape as well as cases involving attempted escape.

This affidavit is made in support of obtaining a Criminal Complaint and Arrest Warrant charging **BARKER, Ronald David** with Escape, in violation of 18 USC 751(a). Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth those facts that I believe are necessary to establish probable cause to believe that a violation of the aforementioned statute exists. The facts set forth in this affidavit are based on my own knowledge, discussion I have had with other law enforcement officers, witness interviews, and my review of reports, records, and other evidence.

## PROBABLE CAUSE

On December 6, 2018, **BARKER, Ronald David** was sentenced in United States District Court Case 1:17-CR-114 by District Judge Halil Suleyman Ozerden in the Southern District of Mississippi to the custody of the Bureau of Prisons (BOP) to forty eight (48) months to be followed by three (3) Years Supervised Release, following his conviction for Felon in Possession of a Firearm in violation of 18 USC 922(g)(1).

On June 30, 2021, **BARKER** arrived at the Dismas Charities Residential Reentry Center (RRC) located at 5209 Highway 42 Bypass in Hattiesburg, Mississippi from the Yazoo Federal Correctional Facility to complete his BOP sentence.

On September 24, 2021, at 12:30 PM, Dismas Charities RRC staff notified the Montgomery Residential Reentry Manager (RRM) office, that on September 24, 2021, at 12:15 PM, **BARKER** ran out of the RRC and got into a white 2001 Chevrolet, Silverado Pickup truck bearing Mississippi license plate HA2 5207, and fled the RRC. **BARKER** was being questioned by RRC director Christopher Kelley about possible drug use when he escaped. **BARKER** was not authorized to leave the RRC and his whereabouts are unknown. Calls to his emergency contacts, local jails, and local hospitals have produced negative results. **BARKER** was placed on Escape Status as of 12:15 PM, on September 24, 2021.

On September 24, 2021, DUSM Stephen NEWELL and APRIL HEMSTAD were assigned case agents for the apprehension of **BARKER**. DUSM NEWELL spoke with RRC Director Christopher Kelley to determine if **BARKER** had contacted or returned to the facility. **BARKER** has not contacted Dismas staff nor returned to the facility.

Based on the forgoing facts and circumstances, I believe probable cause exists showing **BARKER, Ronald David** violated Title 18, United States Code, Section 751(a), which prohibits escape by prisoners in custody of federal institutions.

FURTHER AFFIANT SAYETH NOT.

_____
Stephen Newell
Deputy United States Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me on September __27th__, 2021.

_____
United States Magistrate Judge